```
JAYLEN YOHANCE FERGUSON
145 BEAVER DAM RD
MC HENRY, MS 39561



THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236



CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130



DISCOVER FINANCIAL
ATTN: BANKRUPTCY
PO BOX 3025
NEW ALBANY, OH 43054



EDFINANCIAL SERVICES
120 N SEVEN OAKS DRIVE
KNOXVILLE, TN 37922



JPMCB
MAILCODE LA4-7100
700 KANSAS LANE
MONROE, LA 71203



NAVY FEDERAL CU
ATTN: BANKRUPTCY
PO BOX 3302
MERRIFIELD, VA 22119



SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896
```